TIMOTHY COURCHAINE
United States Attorney
District of Arizona
GORDON E. DAVENPORT, III
DAVID PETERMANN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

**FILED**

2026 APR 29 PM 3: 12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR26-01985 TUC-JCH(LCK)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 371 (Conspiracy)<br>Count 1 |
| Tristen Johnson,<br>(Counts 1-5) | 18 U.S.C. § 1503 (Obstruction of<br>Justice (Omnibus Clause)<br>Counts 2-4 |
| Kyle Bowden,<br>(Counts 1-5) | |
| Defendants. | 18 U.S.C. § 2232(c) (Giving Notice of<br>Search or Execution of Seizure<br>Warrant)<br>Count 5 |
| | **(UNDER SEAL)** |

**THE GRAND JURY CHARGES:**

At all times material to this Indictment, unless otherwise stated:

## COUNT ONE

On or about the 13th day of January, 2025, in the District of Arizona and elsewhere, the defendants, **TRISTEN JOHNSON** and **KYLE BOWDEN**, knowingly and willfully did conspire and agree together and with others known and unknown to the grand jury, to corruptly influence, obstruct and impede the due administration of justice in regard to the

execution of three search warrants issued January 10, 2025 by United States Magistrate Maria A. Aguilera on behalf the United States District Court, sitting in Tucson, Arizona, to wit, search warrants from 25-04216MB, 25-04217MB, and 25-04218MB, in violation of Title 18, United States Code, Section 371.

## Manner and Means

Among the means by which the defendants and co-conspirators carried out the object of the conspiracy was that on January 13, 2025, **TRISTEN JOHNSON**, a City of Coolidge Police Officer assigned to provide local assistance during the execution of the search warrant 25-04217MB on January 14, 2025, did provide information about the upcoming searches of properties associated with Individual-1, a person associated with a local drug distribution conspiracy, to a **KYLE BOWDEN** with the intent that **KYLE BOWDEN** would then warn Individal-1 of the upcoming searches. **BOWDEN** and Individual-1 spoke and then Individual-1 contacted their drug distribution co-conspirators, who proceeded to remove some, but not all, materials authorized to be seized prior to the execution of the warrants from 25-04216MB, 25-04217MB, and 25-04218MB on January 14, 2025.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the defendants performed the following overt acts on January 13, 2026:

1. At approximately 7:40 am, in the District of Arizona, the defendant, **TRISTEN JOHNSON,** by virtue of his employment, did receive an operational plan, via e-mail, for the searches to be executed the next day on the three properties associated with Individual-1 by Drug Enforcement Agency (DEA) and United States Postal Inspection Service (USPIS). During this exchange, **JOHNSON** communicated a summary of this operational plan to **BOWDEN** and provided contact information for Individual-1 to **BOWDEN**.

2. At approximately 5:07 pm, **BOWDEN**, purchasing a Tracfone and cellular minutes from Walmart near his employment in Tempe, Arizona. **BOWDEN** paid cash.

3. At approximately 5:26 pm (Arizona Time)/ 2:26 pm (Hawaii Time), **BOWDEN** made several attempts to contact Individual-1 who was then located in Hawaii, using the newly purchased TracFone. As a part of this effort, **BOWDEN,** using the pseudonym "John", sent the below texts to Individual-1's personal cellphone.



4. By approximately 9 pm (Arizona Time), **BOWDEN,** continuing to use the TracFone, spoke to Individal-1, who was then using their romantic partner's cellphone to complete the call. **BOWDEN** communicated that there would be three searches executed on Individual-1's properties by federal agents in the early morning of the next day.

5. After speaking with Individual-1 by voice, **BOWDEN**, using the TracFone, texted the romantic partner's cellphone with the following message, "The other phone is tapped don't use it for anything they are actively monitoring it, so you'll need to move quick AF."

6. After speaking with **BOWDEN**, Individual-1, while in Hawaii, contacted their narcotics associates in Arizona and warned them of the upcoming searches. Those associates removed items that would be capable of being seized pursuant to the warrants.

All in violation of 18 U.S.C. Section 371.

*United States of America v. Tristen Johnson and Kyle Bowden*
*Indictment Page 3*

## COUNT TWO

On or about the 13th day of January, 2025, in District of Arizona, the defendants, **TRISTEN JOHNSON** and **KYLE BOWDEN**, individually, and aided and abetted by each other, did corruptly endeavor to influence, obstruct and impede the due administration of justice in *In the Matter of the Search of [t]he residence located at 7013 W Amarante Dr, Tucson, Arizona 85743*, 25-04216MB, before the United States District Court, District of Arizona, by contacting Individual-1, and informing them of the upcoming search of three properties by federal agents, in violation of Title 18, United States Code, Sections 1503 and 2.

## COUNT THREE

On or about the 13th day of January, 2025, in District of Arizona, the defendants, **TRISTEN JOHNSON** and **KYLE BOWDEN**, individually, and aided and abetted by each other, did corruptly influence, obstruct and impede the due administration of justice, in the execution of warrant in, *In the Matter of the Search of [t]he residence located at 291 W Byrd Ave, Coolidge, Arizona 8512*, 25-04217MB, before the United States District Court for the District of Arizona, by contacting Individual-1 and informing them of the upcoming search of three properties federal agents, in violation of Title 18, United States Code, Sections 1503 and 2.

## COUNT FOUR

On or about the 13th day of January, 2025, in District of Arizona, the defendants, **TRISTEN JOHNSON** and **KYLE BOWDEN**, individually, and aided and abetted by each other, did corruptly endeavor to influence, obstruct and impede the due administration of justice in *In the Matter of the Search of [t]he residence located at 11530 W Desert Wren Dr, Tucson, Arizona 85743*, 25-04218MB, before the United States District Court for the District of Arizona, by contacting Individual-1 and informing them of the upcoming search

*United States of America v. Tristen Johnson and Kyle Bowden*
*Indictment Page 4*

of three properties by federal agents, in violation of Title 18, United States Code, Sections 1503 and 2.

## COUNT FIVE

On or about the 13th day of January, 2025, in District of Arizona, the defendants, **TRISTEN JOHNSON** and **KYLE BOWDEN**, individually, and aided and abetted by each other, knowing that Special Agents of the Drug Enforcement Agency (DEA) and United States Postal Inspection Service (USPIS) were authorized to make searches and seizures, and execute search warrants, gave notice to Individual-1, in advance of the search and seizure and execution of the search warrants to be performed by said officials, in order to prevent the authorized seizing and securing of evidence related to Individual-1's drug distribution activities, in violation of Title 18, United States Code, Sections 2232(c) and 2.

A TRUE BILL

**/ s /**

FOREPERSON OF THE GRAND JURY
Date: 4/29/2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

**/ s /**

GORDON E. DAVENPORT III
DAVID PETERMANN
Assistant U.S. Attorne

*United States of America v. Tristen Johnson and Kyle Bowden*
*Indictment Page 5*